**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**FILED**

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  OCT 1 8 2016  ★

BROOKLYN OFFICE

**Beverly Goldman** individually
and all other similarly situated consumers,

Plaintiff,

v.

**STIPULATION OF DISMISSAL**

Case No. 15-cv-01469-KAM-RML

**Financial Recovery Services Inc,**

Defendant.

_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

COMES now plaintiff, and defendant, by and through their undersigned counsel,

in the above-titled action and request entry of a Final Order of Dismissal with Prejudice

in this matter, each party to bear its own costs and fees, and without prejudice as to the

rights of any putative class members, if any.

Dated this 14th day of October 2016.

Dated this 14th day of October 2016.

/s/ David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY  11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

/s/ Michael T. Etmund
Michael T. Etmund, Esq.
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis MN  55402-4129
Telephone:  (612) 877-5000
Fax:  (612) 877-5050
E-mail:  Mike.Etmund@lawmoss.com

Attorney for Plaintiff

Attorney for Defendant

10/17/2016

So Ordered: s/KAM

Kiyo A. Matsumoto
U.S. District Judge